UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>DAVID ALLEN WILLIAMS,<br><br>          Defendant. | Case No. CR99-608-RSL<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on May 26, 2009. The United States was represented by Assistant United States Attorney Andrew Friedman and the defendant by Thomas Hillier.

The defendant had been charged and convicted of Bank Robbery, in violation of 18 U.S.C. § 2113(1). On or about April 28, 2000, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of one hundred ten (110) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse and mental health programs, financial disclosure, $16,637 restitution, submit to search and no new lines of credit.

In a Petition for Warrant or Summons, dated May 20, 2009 U.S. Probation Officer Jennifer J. Tien asserted the following violation by defendant of the conditions of his

supervised release:

(1) Failing to report for urinalysis testing on April 14, 15, May 18 and 19, 2009, in violation of the special condition of drug aftercare.

(2) Using cocaine on or before April 24 and May 18, 2009, in violation of standard condition number seven.

(3) Failing to report to the U.S. Probation Office on May 19, 2009, as instructed by his probation officer, in violation of standard condition number 2.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violations 1, 2 and 3.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable Robert S. Lasnik for June 10, 2009 at 8:30 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 26th day of May, 2009.

/s/ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Mr. Andrew Friedman
Defendant's attorney: Mr. Thomas Hillier
Probation officer: Ms. Jennifer J. Tien